IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RONALD D. BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:11-cv-00075-MEF |
| | ) | |
| QUANTEGY UNLIMITED | ) | (WO – Do Not Publish) |
| INVESTMENT TERMINUS, LLC, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

It is hereby ORDERED that this matter is set for a telephonic status conference with all parties and the Court participating to commence at **9:30 a.m.** on **Thursday, November 8, 2012.** Counsel for the Plaintiff is hereby DIRECTED to initiate the call.

DONE this the 5th day of November, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE