IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONALD D. BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:11-cv-075-MEF |
| ) | (WO – Do Not Publish) |
| QUANTEGY UNLIMITED ) | |
| INVESTMENT TERMINUS, LLC, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the Court is the parties' Amended Joint Motion for Approval of Settlement Agreement and Dismissal of Claims with Prejudice. (Doc. #52). The proposed settlement agreement for which the parties are now seeking approval was submitted to the Court as an exhibit to the aforesaid motion. Having reviewed the parties' motion and the proposed settlement agreement, and being satisfied that the agreement is a fair and reasonable resolution of the disputed issues in this matter, it is hereby ORDERED that the parties' motion (Doc. #52) is GRANTED and the settlement agreement is APPROVED. The parties Joint Motion for Approval of Settlement Agreement and Dismissal of Claims with Prejudice (Doc. #51) is DENIED as MOOT. A final judgment dismissing this case with prejudice will be entered separately.

DONE this the 31st day of January, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE